# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Courtland Capital, Inc., a Canadian Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 15-CV-05587<br>) |
| Fixed Income Solutions, LLC, an Florida limited liability company, | )<br>)<br>) |
| Defendant. | )<br>) |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO RULE 58, COSTS PURSUANT TO RULE 54(d)(1), AND ATTORNEYS' FEES PURSUANT TO RULE 54(d)(2)**

Plaintiff Courtland Capital, Inc. ("Courtland"), by and through its attorneys, Synergy Law Group, LLC, moves for Entry of Judgment Pursuant to Rule 58, Costs Pursuant to Rule 54(d)(1), and Attorneys' Fees Pursuant to Rule 54(d)(2), and in support states as follows:

1. On March 1, 2016, this Court granted Plaintiff's Motion for Summary Judgment in its entirety. (*See* ECF dkt 37, 38.)

2. In Plaintiff's Motion for Summary Judgment, Plaintiff prayed for the following relief: (1) repayment of the $300,000.00 CAD principal amount loaned to Defendant;[1] (2) continually accruing interest on that loan amount according to the terms of the Amended and Restated Secured Promissory Note; (3) all reasonable attorneys' fees; (3) costs; (4) expenses; and (5) all other relief that the Court deems just and proper. (Pl.'s Mot. for Summary Judgment, ECF dkt 11.)

---

[1] As of March 15, 2016, 1 Canadian dollar equals 0.748941 U.S. dollars. Therefore, $300,000.00 CAD equals $224,682.39 USD. (http://www.xe.com/currencyconverter/convert/?Amount=300000&From=CAD&To=USD.)

3. Plaintiff is entitled to all reasonable attorneys' fees related to the enforcement and collection of the Amended and Restated Secured Promissory Note, which provides that:

> In the event that (1) proceedings at law, in equity or bankruptcy, receivership or other legal proceedings are instituted or threated in connection herewith, or (b) [Plaintiff] is made a party to or is threatened with being made a party to any such proceedings, or (c) this Note is placed in the hands of an attorney for collection or upon Default, or to enforce any of the rights or requirements contained herein or in the Loan Agreement or other instruments given as security for, or related to, the indebtedness evidenced hereby, then in any such even Debtor hereby agrees to pay all reasonable costs of collecting and/or attempting to collect this Note, and/or defending the rights of [Plaintiff] in any such proceedings or threated proceedings and/or protecting or enforcing such rights, including without limitation, reasonable attorneys' fees (whether or not suit is brought), in addition to all principal, interest and other amounts payable hereunder.

(Exhibit A to Pl.'s Compl., ECF dkt 1-1.)

4. Accordingly, pursuant to Federal Rule of Civil Procedure 58, Plaintiff requests that this Court enter judgment in its favor in the following amount:

    a. $300,000.00 CAD (or $224,682.39 USD) loaned to Defendant; plus

    b. $45,774.80 CAD (or $34,282.62 USD) interest accrued to date.

5. Pursuant to Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920, Plaintiff requests that this Court award $944.90 USD of taxable costs in favor of Plaintiff and against Defendant. A true and correct copy of Plaintiff's Verified Bill of Costs is attached to this Motion as Exhibit A.

6. Pursuant to the Amended and Restated Secured Promissory Note, the prevailing party is also entitled to all reasonable costs related to the enforcement or attempt to collect on the Amended and Restated Promissory Note. (Exhibit A to Pl.'s Compl., ECF dkt 1-1.) Plaintiff requests that this Court award $84.44 USD in additional costs in favor of Plaintiff and against Defendant. (*See* Exhibit A.)

7.      Pursuant to Federal Rule of Civil Procedure 54(d)(2), Plaintiff requests that this Court award Plaintiff $47,252.50 USD in reasonable attorneys' fees incurred by Plaintiff in the enforcement of the Amended and Restated Secured Promissory Note.

WHEREFORE, Plaintiff, Courtland Capital, Inc., respectfully requests that this Court enter final judgment in the amount of $307,246.85 USD, which includes the $224,682.39 USD (or $300,000.00 CAD) loan, plus continually accruing interest in the amount of $34,282.62 USD (or $45,774.80 CAD); plus costs in the amount of $1,029.34 USD, plus attorneys' fees in the amount of $47,252.50 USD, in favor of Plaintiff and against Defendant.

Dated: March 15, 2016

Respectfully submitted,
Courtland Capital, Inc.


By:   /s/ Jonathon P. Reinisch
        One of Its Attorneys

Joseph L. Kish
Jonathon P. Reinisch
Synergy Law Group, LLC
730 West Randolph Street, 6th Floor
Chicago, Illinois  60661
(312) 454-0015

# CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of Plaintiff's Motion for Motion for Entry of Judgment Pursuant to Rule 58, Costs Pursuant to Rule 54(d)(1), and Attorney fees' Pursuant to Rule 54(d)(2) was served upon on all counsel of record electronically through CM/ECF on March 15, 2016.

                                            Respectfully Submitted,

                                            By: /s/ Jonathon P. Reinisch
                                              One of Plaintiff's Attorneys

Joseph L. Kish-JKish@synergylawgroup.com
Jonathon P. Reinisch-JReinisch@synergylawgroup.com
Synergy Law Group, L.L.C.
730 West Randolph, 6th Floor
Chicago, Illinois 60661
Telephone: (312) 454-0015
Facsimile: (312) 454-0261